■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAR MCCALL, Appellant. [872 NYS2d 340]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered November 30, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree and assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Fahey, Green and Pine, JJ.